IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                        CASE NO: 03-41559
                                               CHAPTER 7

MARLOW, DAVID D.

        Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| Admin Claim | Medicare lien sent to the attorney in the Personal injury case<br>W. Roger Smith, III<br>218 Commerce Street<br>Montgomery, AL 36103 | $116.62/9.12 |

The check mailed at the above address on January 7, 2011 has been neither been returned by the Post Office or negotiated by the creditor.

Dated this 29th day of April, 2011.

                                               /s/ Sherry F. Chancellor
                                               Sherry F. Chancellor, Trustee
                                               619 West Chase Street
                                               Pensacola, Florida 32502
                                               (850) 436-8445
                                               Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon W. Roger Smith, III, 218 Commerce Street, Montgomery, AL 36103 , Charles F. Edwards, Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 on this 29th day of April, 2011.

            /s/ Sherry F. Chancellor
            Sherry F. Chancellor, Trustee